IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jill Arbanas, | NO. C 04-05146 JW |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Metropolitan Life Insurance Company, et al., | |
| Defendants. | |

In the Court's April 5, 2006 Order Granting in Part, Denying in Part Defendants' Motion for Summary Judgment and Remanding the Case, the Court scheduled a case management conference for August 7, 2006. (See Docket Item No. 29.) The Court gave Defendants 90 days from the date of the Order to determine the scope of benefits, if any, in accordance with the Order. Accordingly, Defendants have until July 4, 2006 to make such determinations.

Due to the Court's own unavailability, the case management conference on August 7, 2006 is moved up to **July 17, 2006 at 10 a.m.** This date does not prejudice Defendants since Defendants should complete the reexamination of Plaintiff's claims by July 4, 2006.

Pursuant to the Civil Local Rules of this Court, the parties shall meet and confer, and file a joint case management statement ten (10) days before the date of the hearing–July 7, 2006.

Dated: June 23, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn R Kantor gkantor@kantorlaw.net
Krista L. Mitzel kmitzel@seyfarth.com
Lawrence E. Butler lbutler@seyfarth.com

**Dated:  June 23, 2006**              **Richard W. Wieking, Clerk**

                                       **By:   /s/ JW Chambers**
                                              **Melissa Peralta**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California