**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                    SAN JOSE DIVISION

9 | Jill Arbanas,                                    NO. C 04-05146 JW

10 |                Plaintiff,          **ORDER TO SHOW CAUSE RE:**
         v.                             **SETTLEMENT**
11
   | Metropolitan Life Insurance Company, et
12 | al.,
13 |                Defendants.
                                                 /
14
          On July 3, 2006, the Court received a letter from counsel for the Defendants, informing the
15
   Court that pursuant to the Court's April 5, 2006 Order, Metlife has completed the claim
16
   determination on remand and has determined that Plaintiff is entitled to long term disability benefits.
17
   The Court treats this as a notice of settlement in this case.  Accordingly, the Court vacates all trial
18
   and pretrial dates.  On or before **August 28, 2006**, the parties shall file a stipulated dismissal
19
   pursuant to Federal Rule of Civil Procedure 41(a).
20
          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,
21
   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **Monday,**
22
   **September 11, 2006 at 9:00 a.m.,** and to show cause, if any, why the case should not be dismissed
23
   pursuant to Fed. R. Civ. P. 41(b).  On or before September 5, 2006,  the parties shall file a joint
24
   statement in response to the Order to Show Cause.  The joint statement shall set forth the status of
25
   the activities of the parties for finalizing the settlement and how much additional time is requested to
26
   finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause
27
   hearing will be automatically vacated.
28

1       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2 this action.

3

Dated:  July 7, 2006

4                             JAMES WARE
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Glenn R Kantor gkantor@kantorlaw.net
   Krista L. Mitzel kmitzel@seyfarth.com
3  Lawrence E. Butler lbutler@seyfarth.com

4
   **Dated:  July 7, 2006**                              **Richard W. Wieking, Clerk**
5

6                                                          **By:   /s/ JW Chambers**
                                                                **Melissa Peralta**
7                                                               **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California