1  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN: 111043)
2  Krista L. Mitzel (SBN: 221002)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   METROPOLITAN LIFE INSURANCE COMPANY,
6  AMERICAN EXPRESS LONG TERM DISABILITY
   BENEFIT PLAN, AMERICAN EXPRESS MEDICAL
7  PLAN, AMERICAN EXPRESS LIFE INSURANCE
   PLAN, and AMERICAN EXPRESS PENSION/RETIREMENT PLAN
8
   KANTOR & KANTOR, LLP
9  Glenn R. Kantor (SBN: 122643)
   Peter S. Sessions (SBN: 193301)
10 17216 Parthenia Street
   Northridge, CA  91325
11 Telephone: (818) 886-2525
   Facsimile:  (818) 350-6272
12
   Attorneys for Plaintiff
13 JILL ARBANAS

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 JILL ARBANAS,                           ) Case No. C 04-05146 JW ARB
                                           )
18              Plaintiff,                 ) **STIPULATION FOR DISMISSAL**
                                           ) **WITH PREJUDICE AND [PROPOSED]**
                                           ) **ORDER**
19         v.                              )
                                           )
20 METROPOLITAN LIFE INSURANCE             )
   COMPANY, AMERICAN EXPRESS LONG          )
21 TERM DISABILITY BENEFIT PLAN,           )
   AMERICAN EXPRESS MEDICAL PLAN,          )
22 AMERICAN EXPRESS LIFE INSURANCE         )
   PLAN, and AMERICAN EXPRESS              )
23 PENSION/RETIREMENT PLAN,                )
                                           )
24              Defendants.                )
                                           )
25 _____ )

26 ///

27 ///

28 ///

STIPULATION FOR DISMISSAL WITH PREJUDICE / Case No. C 04-05146 JW ARB

1    Pursuant to this Court's July 7, 2006 order, the case between Plaintiff JILL ARBANAS
2    and Defendants METROPOLITAN LIFE INSURANCE COMPANY, AMERICAN EXPRESS
3    LONG TERM DISABILITY BENEFIT PLAN, AMERICAN EXPRESS MEDICAL PLAN,
4    AMERICAN EXPRESS LIFE INSURANCE PLAN, and AMERICAN EXPRESS
5    PENSION/RETIREMENT PLAN has been resolved, with the sole exception of the amount of
6    attorneys' fees that should be payable to Plaintiff pursuant to 29 U.S.C. § 1132(g).
7    Therefore, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by
8    and through their respective attorneys of record, that this action shall be dismissed with
9    prejudice. Plaintiff reserves the right to bring a Motion for Attorneys' Fees should the parties be
10   unable to resolve that issue informally.
11   IT IS SO STIPULATED.

12   DATED: September 7, 2006                    SEYFARTH SHAW LLP

14                                               By _____
                                                    Krista L. Mitzel

16                                               Attorneys for Defendants
                                                 METROPOLITAN LIFE INSURANCE
17                                               COMPANY, AMERICAN EXPRESS
                                                 LONG TERM DISABILITY BENEFIT
18                                               PLAN, AMERICAN EXPRESS MEDICAL
                                                 PLAN, AMERICAN EXPRESS LIFE
19                                               INSURANCE PLAN, AND AMERICAN
                                                 EXPRESS PENSION/RETIREMENT
                                                 PLAN

21   DATED: September 6, 2005                    KANTOR & KANTOR, LLP

23                                               By _____
                                                    Peter S. Sessions

                                                 Attorney for Plaintiff
25                                               JILL ARBANAS

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE / Case No. c 04-05146 JW ARB

1  Pursuant to this Court's July 7, 2006 order, the case between Plaintiff JILL ARBANAS
2  and Defendants METROPOLITAN LIFE INSURANCE COMPANY, AMERICAN EXPRESS
3  LONG TERM DISABILITY BENEFIT PLAN, AMERICAN EXPRESS MEDICAL PLAN,
4  AMERICAN EXPRESS LIFE INSURANCE PLAN, and AMERICAN EXPRESS
5  PENSION/RETIREMENT PLAN has been resolved, with the sole exception of the amount of
6  attorneys' fees that should be payable to Plaintiff pursuant to 29 U.S.C. § 1132(g).
7  Therefore, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by
8  and through their respective attorneys of record, that this action shall be dismissed with
9  prejudice. Plaintiff reserves the right to bring a Motion for Attorneys' Fees should the parties be
10  unable to resolve that issue informally.
11  IT IS SO STIPULATED.
12  DATED: September 6, 2006                    SEYFARTH SHAW LLP
13
14                                              By_____
15                                                  Krista L. Mitzel

                                                Attorneys for Defendants
16                                              METROPOLITAN LIFE INSURANCE
                                                COMPANY, AMERICAN EXPRESS
17                                              LONG TERM DISABILITY BENEFIT
                                                PLAN, AMERICAN EXPRESS MEDICAL
18                                              PLAN, AMERICAN EXPRESS LIFE
                                                INSURANCE PLAN, AND AMERICAN
19                                              EXPRESS PENSION/RETIREMENT
                                                PLAN
20
21  DATED: September 7, 2005                    KANTOR & KANTOR, LLP
22
23                                              By_____
24                                                  Peter S. Sessions

                                                Attorney for Plaintiff
25                                              JILL ARBANAS
26
27
28

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE / Case No. c 04-05146 JW ARB

**ORDER**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Plaintiff may file a Motion for Attorneys' Fees within 30 days of the date of this order if the parties are unable to resolve that issue informally.

IT IS SO ORDERED.

DATED: _September 8,_ 2006

_____
The Honorable James Ware
United States District Court Judge